B

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BURAK A.,[1]
(A Number: 245-458-954)

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

Case No. 1:26-cv-08658-JLT-EGC (HC)

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

(Doc. 1)

Burak A. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner states they have been continuously detained by Immigration and Customs Enforcement since August 14, 2026. Petitioner claims that their re-detention has become unlawful.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondents are ORDERED TO SHOW CAUSE why the Petition should not be granted. Rule 4, Rules Governing Section 2254 Cases; *see* Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).

In their response, Respondents are ORDERED to address if, and if so how, the issues presented in the present petition differ from those resolved in the Court's prior orders. See, e.g.,

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only their first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

*Cuenca-Pucha v. Andrews*, No. 1:26-CV-08113-DC-JDP, 2026 WL 3059492, at *1 (E.D. Cal. Oct. 13, 2026); *Diaz-Alfonso v. Warden*, No. 1:26-CV-07682-DC-CKD, 2026 WL 3060522, at *1 (E.D. Cal. Oct. 13, 2026); *Bravo Morillo v. Chestnut*, No. 1:26-CV-08080-DC-JDP (HC), 2026 WL 3060542, at *1 (E.D. Cal. Oct. 13, 2026).

Respondents SHALL include a copy of all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases. In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, Respondents are ORDERED TO SHOW CAUSE why the Petition should not be granted. The Response to the Order to Show Cause is due within FIVE (5) days of the date of service of this order.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).

IT IS SO ORDERED.

Dated: **October 23, 2026**

Erin Sug Castillo

UNITED STATES MAGISTRATE JUDGE